# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| HENGWEI ZHANG, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| WARDEN, EL PASO PROCESSING | § | |
| CENTER; MARY DE ANDA-YBARRA, | § | |
| IN HER OFFICIAL CAPACITY AS | § | |
| FIELD OFFICE DIRECTOR OF THE | § | |
| IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT, ENFORCEMENT | § | |
| AND REMOVAL OPERATIONS EL | § | No. 3:26-CV-01409-LS |
| PASO FIELD OFFICE; STEPHANIE | § | |
| RICO, IN HER OFFICIAL CAPACITY | § | |
| AS CIVIL PROCESS CLERK OF THE | § | |
| OFFICE OF THE UNITES STATES | § | |
| ATTORNEY; MARKWAYNE | § | |
| MULLIN, IN HIS OFFICIAL | § | |
| CAPACITY AS SECRETARY OF THE | § | |
| DEPARTMENT OF HOMELAND | § | |
| SECURITY; AND TODD BLANCHE, | § | |
| IN HIS OFFICIAL CAPACITY AS | § | |
| ATTORNEY GENERAL OF THE | § | |
| UNITED STATES, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

Petitioner Hengwei Zhang moves for a temporary restraining order ("TRO") ordering the government to release him from immigration detention or conduct a bond hearing. The Court has discretion to grant or deny a TRO based on four elements[1]:

> (1) there is a substantial likelihood that the movant will prevail on the merits; (2) there is a substantial threat that irreparable harm will result if the injunction is not granted; (3) the threatened injury outweighs the threatened harm to the defendant;

---

[1] *Apple Barrel Prods., Inc. v. Beard*, 730 F.2d 384, 386 (5th Cir. 1984).

and (4) the granting of the preliminary injunction will not disserve the public interest.[2]

However, "[t]he purpose of a preliminary injunction [or TRO] is not to give the plaintiff the ultimate relief it seeks."[3] Instead, it "is to preserve the *status quo* and prevent irreparable injury until the court renders a decision on the merits."[4] Petitioner's motion seeks release or a bond hearing, which cannot be the subject of a TRO because they are the ultimate relief Petitioner seeks in his petition. Therefore, the Court **DENIES** Petitioner's motion for a TRO [ECF No. 2].

   **SO ORDERED**.

   **SIGNED** and **ENTERED** on May 19, 2026.

   **LEON SCHYDLOWER**
   **UNITED STATES DISTRICT JUDGE**

---

[2] *Clark v. Prichard*, 812 F.2d 991, 993 (5th Cir. 1987).
[3] *WarnerVision Ent. Inc. v. Empire of Carolina, Inc.*, 101 F.3d 259, 261 (2d Cir. 1996).
[4] *Sambrano v. United Airlines, Inc.*, No. 21-11159, 2022 WL 486610, at *4 (5th Cir. 2022).